**No. 60671.**—Harada Youngson et al. *v.* United States, protests 220423–K, etc. (Honolulu).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of sazae similar in all material respects to the commodity involved in *Pacific Mutual Sales Co.* v. *United States* (36 Cust. Ct. 100, C. D. 1758), the claim of the plaintiffs was sustained.

APRIL 18, 1957

**No. 60672.**—United Sales Company *v.* United States, protests 270905–K/7328, etc.— Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, APRIL 24, 1957

**No. 60673.**—Paul E. Sernau, Inc. *v.* United States, protest 275116–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of face masks for adults, wholly or in chief value of india rubber or gutta-percha and that they are not chiefly used for the amusement of children, the claim of the plaintiff was sustained.